FILED

3:24-cv-20-MPB-CSW

JAN 29 2024

U.S. DISTRICT COURT
EVANSVILLE, INDIANA

United States Federal District Court –Southern District of Indiana,

   Apology for presenting more information than is requested at the time of filing.  Based upon the urgency of the case, I am requesting the case be heard prior February 8, 2024 in order for the Federal District Court of Southern Indiana to present court guidance for the U.S. Supreme Court.

   I am requesting Federal District Court of Southern Indiana to <u>call each U.S. Congressional member into court -one at a time and, in person prior February 8, 2024</u>, while whichever Federal District Court of Southern Indiana, Judge/s ask -<u>directly</u>, each of U.S. Congressional member's vote pertaining to the final sentence of the 14th Amendment, Section 3.

   The vote of each U.S. Congressional member –within a court of law, should offer clarity and closure of the 14th Amendment, Section 3.

   Any absenteeism or, "abstain" vote is regarded as a "DISQUALIFICATION" vote against Donald John Trump Sr. within accordance of U.S. Constitutional Law, 14th Amendment, Section 3.

   In order to offer a simplified and speedy court proceeding/s, I request the court/s offer the permissibility of allowing each and every U.S. Congressional member –of both House and Senate, to submit their sworn, dutiful, and signed vote of: "yes" "no" or, "abstain" on or, prior to February 8, 2024.

   I request each and every U.S. Congressional member –of both House and Senate, submit their sworn, dutiful, and signed oath of office vote to both the Federal District Court of Southern Indiana and, to the U.S. Supreme Court.

   Equally, Rightfully, and dutifully forbidding any and all U.S. Congressional members their continuous 'above the law' thoughts and actions/inactions of regarding themselves as such based upon their previous and current Derelict of Duty.

Sincerely,

Greg Hirsch

1/29/2024

*Letter of Importance to The Court*